**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRANCE N. BAKER,
ADC #117095                                                                                                    PLAINTIFF

5:11-cv-00001-BSM-JTK

WILLIAM WARREN, et al.                                                                              DEFENDANTS

## ORDER

By Order dated January 19, 2011, this Court directed issuance of summons and service on Defendants (Doc. No. 5). Summons was returned, unexecuted, as to Defendants Warren, Murray and Handley, on February 2, 2011 (Doc. Nos. 8-10). A notation on the return indicates that all three Defendants are employees of Correctional Medical Services, Inc. (CMS). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Dr. William Warren, APN Estella Murray, and Nurse Handley, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (DE #2) on Defendants, in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE