**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRANCE N. BAKER,                                                                                                  PLAINTIFF
ADC #117095

v.                                      5:11-cv-00001-BSM-JTK

WILLIAM WARREN, et al.                                                                                       DEFENDANTS

**ORDER**

This matter is before the Court on the Motions to Dismiss and to Stay Discovery filed by Defendant Mark Warner (Doc. Nos. 13, 15).  As of this date, Plaintiff has not responded to the Motions.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a Response to Defendant Warner's Motion to Dismiss within 15 days of the date of this Order.  Failure to respond to the Motion may result in the dismissal of Defendant Warner from Plaintiff's Complaint.  See Local Rule 5.5(c)(2).

IT IS FURTHER ORDERED that Defendant's Motion to Stay Discovery (Doc. No. 15), pending resolution of the Motion to Dismiss, is GRANTED.

IT IS SO ORDERED this 8th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE