**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRANCE N. BAKER
ADC #117095                                                                                                PLAINTIFF

V.                                       5:11-cv-00001-BSM-JTK

WILLIAM WARREN, et al.                                                                        DEFENDANTS

## **ORDER**

    Defendants shall file a Response to Plaintiff's Motion for Preliminary Injunction (Doc. No 4) within fifteen days of the date of this Order.

    Dated this 27th day of April, 2011.

                                                                                                           JEROME T. KEARNEY
                                                                                                          UNITED STATES MAGISTRATE JUDGE