IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRANCE N. BAKER,**
**ADC #117095**                                                                                                  **PLAINTIFF**

**v.**                 **CASE NO. 5:11CV00001 BSM/JTK**

**WILLIAM WARREN et al.**                                                         **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that the motion to dismiss filed by defendant Mark Warner [Doc. No. 13] is granted, and defendant Warner is dismissed without prejudice from this action.

IT IS SO ORDERED this 3rd day of May, 2011.

                                                                                              UNITED STATES DISTRICT JUDGE