# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TERRANCE N. BAKER, ADC #117095**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 5:11CV00001 BSM/JTK**

**WILLIAM WARREN et al.**                                                               **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be rejected because, given plaintiff's medical condition, a hearing is appropriate.

For that reason, the pending recommended partial disposition [Doc. No. 36] is rejected, and Judge Kearney is directed to schedule a hearing on plaintiff's motion for a preliminary injunction.

Dated this 6th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE