## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRANCE N. BAKER,
ADC #117095　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　5:11-cv-00001-BSM-JTK

WILLIAM WARREN, et al.　　　　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

A Hearing has been scheduled on Plaintiff's Motion for Preliminary Injunction (Doc. No. 4) at 9:30 a.m., July 19, 2011. The Arkansas Department of Correction is hereby directed to ensure the Plaintiff's attendance at the hearing, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 4B, Little Rock, Arkansas, together with a copy of Plaintiff's medical records.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 9th day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEROME T. KEARNEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE