IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRANCE N. BAKER,
ADC #117095                                                                                          PLAINTIFF

v.                           CASE NO. 5:11CV00001 BSM/JTK

WILLIAM WARREN et al.                                                                       DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that plaintiff's motion for preliminary injunction [Doc. No. 4] is DENIED.

Dated this 17th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE