IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRANCE N. BAKER,**                                                                                  **PLAINTIFF**
**ADC #117095**

v.                               **CASE NO. 5:11CV00001 BSM/JTK**

**DR. WILLIAM WARREN et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied.

IT IS SO ORDERED this 30th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE